IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-CR-351

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ADAM C. SHRYOCK,

      Defendant.

---

## UNOPPOSED MOTION TO RETURN CASE TO MAGISTRATE WATANABE FOR TRIAL

---

Defendant, Adam C. Shryock, by and through undersigned counsel, respectfully requests that this Honorable Court enter an Order returning this case to Magistrate Watanabe for trial for the following reasons:

1.      On October 6, 2016, Plaintiff filed an Information charging Mr. Shryock with six misdemeanor counts of willfully failing to make an income tax return in violation of  26 U.S.C. § 7203.  The case was drawn by Magistrate Watanabe and assigned case number 16-MJ-1161-MJW.

2.      In compliance with the summons, on October 25, 2016, Mr. Shryock appeared before Magistrate Mix and entered his not guilty plea as to all charges in the Information, following which, the parties met with Magistrate Watanabe's Clerk to set a trial date (January 5, 2017) and discuss other matters including the fact that, since all counts in the Information are misdemeanors, Mr. Shryock would likely consent to proceed before Magistrate Watanabe for

trial.  Later that day, Magistrate Watanabe's chambers sent an email to Mr. Shryock's undersigned counsel setting November 4, 2016, as the due date to file his Consent To Proceed Before A Magistrate, however, counsel did not catch the email.  November 4, 2016 passed and Mr. Shryock did not file his consent to proceed with Magistrate Watanabe.  To be sure, that date is not set by statute and no prejudice would result to any party if this case were returned to Magistrate Watanabe for trial.

3.      On November 10, 2016, after several discussions with this Court's clerks, and with Magistrate Watanabe's clerks, Mr. Shryock attempted to file his signed Consent To Proceed With A Magistrate in both this case and in 16-MJ-1161-MJW, both of which were rejected.

4.      Following further discussions with the Court's clerks, it was agreed that this Motion might serve as the preferred vehicle to overcome the filing hurdle.  Were the Court to grant this motion, Mr. Shryock will file his Consent To Proceed With Magistrate immediately upon the case being returned to Magistrate Watanabe.  Next he will file an Unopposed Motion To Designate Case As Complex under the Speedy Trial Act.

5.      Assistant United States Attorney, Martha A. Paluch, advised *via* email that the United States has no objection to the Court's granting of this Motion.

WHEREFORE, for these reasons, Defendant Shryock respectfully requests that this Court enter an order granting this motion and returning this case to Magistrate Watanabe.

Dated this 11th day of November, 2016.

ANDERSON & JAHDE, P.C.
*A duly signed original is on file at the Offices of Anderson & Jahde, P.C.*

By: */s/ Steven R. Anderson*
    Steven R. Anderson
    5554 S. Prince Street, #200
    Littleton, CO  80120
    steven@andersonjahde.com
    (303) 782-0001 Telephone
    (303) 782-0055 Facsimile

    ATTORNEY FOR DEFENDANT
    ADAM A. SHRYOCK