IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

    Plaintiff(s)

V.                                                                                          Criminal Case No. 1:16CR00351-1

ADAM C. SHRYOCK
BOP Inmate No. 43852-013

    Defendant

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 26 2018**

JEFFREY P. COLWELL
CLERK

## MOTION REQUESTING A JUDICIAL RECOMMENDATION CONCERNING LENGTH OF RRC/HALFWAY HOUSE PLACEMENT

COMES NOW, the Defendant, Adam Shryock, pro se and unskilled in the field of law, and respectfully moves this Honorable Court to recommend that the Bureau of Prisons ("BOP") afford the Defendant Residential Re-entry Center ("RRC")/halfway house placement time of 8 months preceding the end of his sentence. In support thereof, Defendant states as follows:

1. On January 25, 2018 Defendant was sentenced by this Court to a term of twelve (12) months imprisonment followed by a term of one (1) year of supervised release.

2. Pursuant to the Second Chance Act of 2007 ("SCA") the BOP may place a defendant into RRC/halfway house up to twelve (12) months prior to his release date if it is determined that Mr. Shryock's placement in a halfway house is of *"sufficient duration to provide the greatest likelihood of successful reintegration into the community."* Mr. Shryock is only asking for 8 months. The Attorney General of the United States and the Inspector General of the BOP have noted in reports and public statements that the BOP is under-utilizing various such available programs, as they are in this instance.

3. The criteria that the Bureau of Prisons is to consider in assessing an individual applicants' eligibility for up to twelve months of RRC/Halfway House includes: any statement made by the Court concerning the purposes that warranted a sentence to imprisonment and recommending the type of correctional facility that would be appropriate. 18 U.S.C. 3621(b)(4)(A), (B). **(See Exhibit 1a-Granted RRC motions-12 month).** An RRC/halfway house is a correctional facility with superior transitional programs to help inmates rebuild their ties to the community. Any recommendation by the Court is non-binding on the BOP and is purely advisory.

4. Mr. Shryock is currently housed at the Federal Correctional Institution Englewood Satellite Camp in Littleton, Colorado. His release date is March 17, 2019, and a **recommendation** for RRC placement of 8 months will not affect this.

5. Title 18, United States Code, section 3582(c) provides that a "court may not modify a term of imprisonment once it has been imposed except" in very limited circumstances, and Mr. Shryock is not asking the court to modify the sentence. He is asking the Court to simply change the place of incarceration of the sentence per the Second Chance Act, a federal law.

6. Mr. Shryock is 38 years old. He is young enough to be reformed and rejoin law-abiding society with all the help of a judicial **recommendation** for prolonged placement and guidance at a federal halfway house in his community.

7. According to Federal Bureau of Prisons' Memorandum for Chief Executive Officers, June 24, 2010, (see **Exhibit 2: Revised Guidance for Residential Reentry Center (RRC) Placements)** Extended Pre-Release RRC/Halfway House time decisions *"are to*

*focus on RRC placement as a mechanism to reduce recidivism.*" Mr. Shryock's reentry obstacles attest to his need for such comprehensive institutional rehabilitation.

8. Mr. Shryock has always been self-employed, which Halfway House and Probation will not allow as long as restitution is due, the money trail being too hard to accurately track. Promotional employment prospects meant to reduce the financial incentive to reoffend are not promising without the retraining assistance at a federal RRC.

9. Rehabilitative programming at FCI Englewood has been virtually non-existent. A recommendation that Mr. Shryock be afforded the maximum RRC/Halfway House placement time of 8 months would maintain the integrity of the disposition while still preserving the punitive aspect of his sentence since it would not modify the court's sentence and would allow Mr. Shryock the opportunity to address and correct his elevated risk of recidivism by virtue of the nature of his offense, his limited future job opportunities, restitution of $430,000+, lack of savings or assets, negative net worth in excess of $4,000,000, unstable release residence, and felon bias in the country. He will remain under the control of the BOP while in the supervised environment of the RRC as the law requires.

10. Mr. Shryock expressed exceptional remorse and contrition regarding his commission of his offenses and he cooperated fully with the Prosecution.

11. If it pleases the court, for all the foregoing reasons, we request the court agree to **recommend 8** months of halfway house preceding release for Adam Shryock.

WHEREFORE NOW, above premises considered, the defendant respectfully requests that this Honorable Court GRANT   [his]  motion  and  all  relief  requested  herein,  issuing  a  judicial

**recommendation** to the BOP that Defendant be granted placement time of 8 months of halfway house, reflecting the same and granting all other relief required by Law, Liberty, and Equity.

Done this 10th Day of July 2018

Respectfully Submitted,

X _____

Adam Shryock, Register # 43851-013
FCI Englewood
9595 West Quincy Avenue
Littleton, CO  80123

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have served a copy of this pleading upon the Clerk of the Court, VIA US Mail, properly addressed, First-Class Postage prepaid. The accused further requests that a copy of this pleading be forwarded to all parties, VIA the CM/ECF System, as he is indigent, detained, and has no other means.

Done this 10th Day of July 2018

Respectfully Submitted,

X _____

Adam Shryock, Register # 43852-013
FCI Englewood
9595 West Quincy Avenue
Littleton, CO 80123