IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00351-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM C. SHRYOCK,

    Defendant.

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION REQUESTING A JUDICIAL RECOMMENDATION CONCERNING LENGTH OF RRC/HALFWAY HOUSE PLACEMENT**

    The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby files this Opposition to the Defendant's Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement, ECF 11, as follows:

    1.   On January 25, 2018, the defendant was sentenced by United States Magistrate Judge Michael J. Watanabe to one year of imprisonment followed by one year of supervised release.  16-mj-01161-WJM, ECF 49.

    2.   The defendant reported to SCP Englewood on March 19, 2018, and has a projected release date of March 17, 2019.  *See* Exhibit 1, Letter from Lisa Asay, Case Manager, SCP Englewood.

    3.   Through his motion, the defendant requests that he be placed in a residential reentry center (RRC) or halfway house for the last eight months of his sentence.  ECF 11 at 1.  Given that the defendant has a little over seven months left to serve, he is

essentially seeking immediate placement in a halfway house.

    4.  Undersigned counsel contacted the defendant's case manager, Ms. Lisa Asay, to inquire as to the Bureau of Prison's (BOP) position on the defendant's motion. Ms. Asay advised that the defendant:

- Has received poor ratings on program participation and living skills as he has declined to participate in any of the class offerings at SCP Englewood;
- Less than two months after his arrival at SCP Englewood, he was found to be in possession of a prohibited item – a cell phone, and was sanctioned for violating the rules;
- That his current recommended date for RRC placement is February 14, 2019, which date the Bureau believes to be commensurate with the defendant's reintegration needs and BOP's resources.

Exhibit 1.

    For these reasons, the United States opposes the defendant's request for immediate RRC placement.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 8th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case. In addition, I placed a copy of this filing in the United States mail, postage paid, addressed to:

Adam Shryock
BOP Inmate No. 43852-013
FCI Englewood
9595 West Quincy Avenue
Littleton, CO 80123

                          s/ *Martha A. Paluch*
                          MARTHA A. PALUCH
                          Assistant United States Attorney
                          1801 California Street, Suite 1600
                          Denver, CO 80202
                          Telephone 303-454-0100
                          Facsimile 303-454-0402
                          martha.paluch@usdoj.gov