

U.S. Department of Justice

Federal Bureau Of Prisons

*FCI Englewood*
9595 W. Quincy Avenue
Littleton, CO 80123

August 6, 2018

Ms. Martha Paluch
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202

Re:  Adam C. Shryock, 43852-013

Dear Ms. Paluch,

This is in response to your inquiry regarding inmate Adam Shryock's, 43852-013, adjustment here at Satellite Camp Prison (SCP) Englewood.  Inmate Shryock has received poor ratings on program participation and living skills as he has declined to participate in any of the class offerings here at SCP Englewood.

Inmate Shryock arrived at SCP Englewood on March 19, 2018, and has a projected release date of March 17, 2019. Less than two months after his arrival at SCP Englewood, Inmate Shryock was found to be in possession of a prohibited item - a cell phone.  He was sanctioned to loss of commissary for 180 days and Disciplinary Segregation for 60 days for violating the institution's rules.

In accordance with the Second Chance Act, and Bureau policy, Inmate Shryock received an individualized review by his Unit Team for Residential Re-entry Center (RRC) placement.  Shryock currently has a recommended RRC placement date of February 14, 2019, which the Bureau believes to be commensurate with his reintegration needs and our resources.

Sincerely,

Lisa Asay
Case Manager
SCP Englewood