

# M E M O R A N D U M

To:     Honorable William J. Martinez

From:   Probation Office

Date:   August 10, 2018

Re:     Adam C. **SHRYOCK**
        Docket No. 16-cr-00351-WJM
        **Response to Defendant's Request for Judicial Recommendation for Residential**
        **Reentry Center Placement (Document 11)**

On July 26, 2018, the defendant filed a Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement [Document 11].  On July 30, 2018, the Court ordered the Probation Office to respond to the defendant's motion.

The determination of the timing and the length of a defendant's eligibility for Residential Reentry Center placement are made by the Bureau of Prisons (BOP) in consideration of a variety of factors, one of which is the defendant's institutional conduct.  As reflected in the Government's response to the defendant's motion [Document 13], the defendant's adjustment has been poor. The BOP maintains their recommended target date for the defendant to be considered for RRC placement is February 14, 2019, which is commensurate with his reintegration needs and their resources.

As such, the Probation Office recommends the Court make no judicial recommendation as to the length of the RRC placement and instead allow this determination to be made by the Bureau of Prisons.

Respectfully submitted,

*s/Andrea L. Bell*

ANDREA L. BELL
SUPERVISING U.S. PROBATION OFFICER

Approved:

*s/James M. Murphy*

JAMES M. MURPHY
SUPERVISING U.S. PROBATION OFFICER