**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 16-cr-351-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **ADAM C. SHRYOCK**,

    Defendant.

---

**ORDER DENYING MOTION REQUESTING A JUDICIAL RECOMMENDATION
CONCERNING LENGTH OF RRC/HALFWAY HOUSE PLACEMENT**

---

    This matter is before the Court on Defendant's *pro se* Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement (ECF No. 11). The Court, having reviewed the Motion, as well as the Responses from the Government and the Probation Office, ORDERS as follows:

    The Defendant's Motion is DENIED for lack of sufficient good cause shown.

    Dated this 17th day of August, 2018.

                                            BY THE COURT:

                                            _____
                                            William J. Martínez
                                            United States District Judge